In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance, Respondent, for an Order to Take Possession of the Property and Liquidate the Business of the SOUTHERN SURETY COMPANY OF NEW YORK.

BESSIE VILLA et al., Appellants.

(Argued January 22, 1935; decided February 26, 1935.)

*Hartwell Cabell, M. B. Ignatius, Asa B. Kellogg* and *Richard C. Marshall, 3d,* for appellants.

*Mac Q. Williamson, Attorney-General of the State of Oklahoma (George J. Fagin* and *Frank B. Appleman* of counsel), for the Insurance Commissioner of the State of Oklahoma, *amicus curiæ.*

*Louis H. Pink, Walter B. Herendeen* and *Benjamin Potoker* for respondent.

Order affirmed, with costs. In this case the New York assets are concededly more than sufficient for the payment of the preferences allowed. (See *Clark* v. *Williard,* 294 U. S. 211, decided February 4, 1935.) We pass on no other situation. No opinion. (See 266 N. Y. 672.)

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.